IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

BRIAN PATRICK ARNOLD,

        Petitioner,

        v.

RICK ANGELOZZI,

        Respondent.

No. 1:13-cv-302-SU

**JUDGMENT**

Based on the record, this petition is dismissed.

IT IS SO ORDERED.

DATED this _4_ day of February, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT